Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Transferring Court)<br>0864-0:00CR00352-001(RHK)<br>DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Jose Luis Ibarra-Martinez | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Richard H. Kyle | | |
| | DATES OF TSR SUPERVISION | FROM<br>01/25/2007 | TO<br>01/24/2010 |

OFFENSE

Immigration Laws, Illegal Re-Entry

Mr. Ibarra-Martinez began his supervision in the District of Minnesota. He is federal custody in the Western District of Texas on Docket No. 3:07CR00631-001. In order to expedite a response, reduce costs, and provide follow-up to the violation behavior, transfer of jurisdiction is requested.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4|8|08
Date

s|Richard H. Kyle
Richard H. Kyle, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/16/08
Effective Date

United States District Judge

SCANNED
APR 24 2008
U.S. DISTRICT COURT ST. PAUL