**Notice to Sentencing District**

Please note this case is scheduled for sentencing on new charge(s) in the Western District of Texas - El Paso Division on May 22, 2008. In order to assure that the sentencing on the new charge(s) and the revocation proceedings that originate in your District be handled simultaneously in our District, Transfer of Jurisdiction, to include the transferring of the U.S. District Court file from your District to the Western District of Texas - El Paso Division, must be completed by May 1, 2008. If the transfer of jurisdiction is not completed by the specified time period, jurisdiction of this case shall be returned.

Philip R. Martinez
U.S. District Judge

SCANNED
APR 24 2008
U.S. DISTRICT COURT ST. PAUL