AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2007 SEP 27 P 2:18

UNITED STATES OF AMERICA [redacted]

RECEIVED

## WARRANT FOR ARREST

V.

0741-0927-1446-0

CASE NUMBER: **CR 00-352 (1) RHK/JMM**

Jose Luis Ibarra-Martinez

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Jose Luis Ibarra-Martinez

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:
Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

Leah E. Gilgenbach — September 27, 2007 at St. Paul, MN
(By) Leah E. Gilgenbach, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________________ ______________________________
Name and Title of Arresting Officer Signature of Arresting Officer

**ARRESTED ON** 5-5-08
**ARRESTED BY** USMS W/TX
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
**BY** M. [signature]

SCANNED
JUN 06 2008
U.S. DISTRICT COURT ST. PAUL